[No. 3591–II.   Division Two.   June 11, 1980.]

WINNIE L. MOORE, *Appellant,* v. CHRIS A.
YOUNG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 802020, James J. Dore, J., entered June 9,
1978. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Reed, C.J., and Pearson, J.

[No. 3341–4–III.   Division Three.   June 12, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN M.
RIVAS, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78–0128, Fred R. Staples, J., entered
March 16, 1979. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Roe, JJ.

[No. 3360–1–III.   Division Three.   June 12, 1980.]

KAREN FARMER, *Respondent,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 71104, Yancey Reser, J., entered March
8, 1979. *Reversed* by unpublished opinion per Roe, J., con-
curred in by Green, C.J., and Munson, J.

[No. 6485–1–I.   Division One.   June 16, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DELBERT
BISSELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84057, Barbara J. Rothstein, J., entered March
22, 1978. *Affirmed* by unpublished opinion per Dore, J.,
concurred in by James, A.C.J., and Durham–Divelbiss, J.